DATE FILED: March 21, 2024 2:59 PM
FILING ID: 2D42092B7224A
CASE NUMBER: 2024CV30251

# EXHIBIT A

# Town of Superior Development Map

# Town of Superior Development

Town of Superior



Development Overview    Under Review Development

Approved Development - Pending Construction    Approved Development - Under Construction

