| | |
|---|---|
| DISTRICT COURT, COUNTY OF BOULDER<br>STATE OF COLORADO<br>1777 Sixth Street, Boulder, CO 80306<br>(303) 441-3750 | DATE FILED: March 21, 2024 2:59 PM<br>FILING ID: 2D42092B7224A<br>CASE NUMBER: 2024CV30251 |
| **Plaintiffs:** ANDREA LOCKHART; AMITABH AGRAWAL; LEAH M. ROWAN; SCOTT R. ROBERTSON; THE THOMAS A LA COUR REVOCABLE LIVING TRUST; THE LANEZ C LA COUR REVOCABLE LIVING TRUST; ANGELA TALIAFERRO; MICHAEL TALIAFERRO; YUNAN ZHANG; LINGLING LIU; HEIDI JAROS; JEFFREY NG; JENNIFER JENKINS; LON LICATA; AMY LICATA; WESLEY VO; NHU LE; THOMAS JAMES DAY; JULIA DAY; CHRISTOPHER R. MOYER; FRANCES M. MOYER; and LAURA A. SKLADZINSKI.<br><br>v.<br><br>**Defendant:** THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO, as successor in interest to the Jefferson County Airport Authority. | ▲ **COURT USE ONLY** ▲<br><br>**Case No.**<br>**Div.** |
| *Attorneys for Plaintiffs*<br>John R. Sperber, #22073<br>Sean J. Metherell, #47438<br>Rebecca A.R. Smith, #52501<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1144 Fifteenth Street, Suite 3400<br>Denver, CO 80202<br>Telephone Number: (303) 607-3500<br>jack.sperber@faegredrinker.com<br>sean.metherell@faegredrinker.com<br>becca.smith@faegredrinker.com | |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND** | |

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

    ☒ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

    ☐ This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

    > By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

    **Or**

    ☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☒ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

*Note: This is an inverse condemnation action which is to be tried as if it is an eminent domain proceeding; a form of a special statutory proceeding governed by C.R.S. 38-1-101 et seq. concerning only a determination of the scope of property taken or damaged and the just compensation owed. Collateral issues that change the scope of the proceedings are not allowed. See Ossman v. Mountain States Tel. & Tel. Co., 520 P.2d 738, 742 (Colo. 1974); Dep't of Transp. v. Auslaender, 94 P.3d 1239, 1241 (Colo. App. 2004).*

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

Respectfully submitted this 21st day of March 2024.

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ John R. Sperber*
John R. Sperber, No. 22073
Sean J. Metherell, No. 47438
Rebecca A.R. Smith No. 52501

Attorneys for Plaintiffs

*In accordance with C.R.C.P. 121 §1-26(7) a printed or printable copy of this document with original, electronic, or scanned signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.*