| | |
|---|---|
| DISTRICT COURT, COUNTY OF BOULDER<br>STATE OF COLORADO<br>1777 Sixth Street, Boulder, CO 80306<br>(303) 441-3750 | DATE FILED: March 21, 2024 2:59 PM<br>FILING ID: 2D42092B7224A<br>CASE NUMBER: 2024CV30251 |
| **Plaintiffs**: ANDREA LOCKHART; AMITABH AGRAWAL; LEAH M. ROWAN; SCOTT R. ROBERTSON; THE THOMAS A LA COUR REVOCABLE LIVING TRUST; THE LANEZ C LA COUR REVOCABLE LIVING TRUST; ANGELA TALIAFERRO; MICHAEL TALIAFERRO; YUNAN ZHANG; LINGLING LIU; HEIDI JAROS; JEFFREY NG; JENNIFER JENKINS; LON LICATA; AMY LICATA; WESLEY VO; NHU LE; THOMAS JAMES DAY; JULIA DAY; CHRISTOPHER R. MOYER; FRANCES M. MOYER; and LAURA A. SKLADZINSKI.<br>v.<br>**Defendant:** THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO, as successor in interest to the Jefferson County Airport Authority. | ▲ COURT USE ONLY ▲<br><br>**Case No.**<br>**Div.** |
| *Attorneys for Plaintiffs*<br>John R. Sperber, #22073<br>Sean J. Metherell, #47438<br>Rebecca A.R. Smith, #52501<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1144 Fifteenth Street, Suite 3400<br>Denver, CO 80202<br>Telephone Number: (303) 607-3500<br>jack.sperber@faegredrinker.com<br>sean.metherell@faegredrinker.com<br>becca.smith@faegredrinker.com | |
| **SUMMONS** | |

**THE PEOPLE OF THE STATE OF COLORADO:**

To the above-named Defendant, GREETINGS:

You are hereby summoned and required to file with the clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and the Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice

This is an inverse condemnation action, as set forth in the Complaint, a copy of which is attached hereto and made a part hereof. Also being served with this Summons is a Civil Cover Sheet.

You are hereby notified that an inverse condemnation claim is a form of eminent domain action that is a special statutory procedure, which may ultimately be governed by C.R.S. § 38-1-101, *et seq*.

If this Summons does not contain the docket number of the civil action, then the Complaint may not now be on file with the Clerk of this Court. The Complaint must be filed within 14 days after the Summons is served, or the Court will be without jurisdiction to proceed further and the action will be deemed dismissed without prejudice and without further notice. Information from the Court concerning this civil action may not be available until after 14 days after the Summons is served.

DATED this 21st day of March 2024.

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ John R. Sperber*
John R. Sperber, No. 22073
Sean J. Metherell, No. 47438
Rebecca A.R. Smith No. 52501

Attorneys for Plaintiffs

*In accordance with C.R.C.P. 121 §1-26(7) a printed or printable copy of this document with original, electronic, or scanned signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.*