| | |
|---|---|
| DISTRICT COURT, COUNTY OF BOULDER<br>STATE OF COLORADO<br>1777 Sixth Street, Boulder, CO 80306<br>(303) 441-3750 | DATE FILED: March 27, 2024 3:00 PM<br>FILING ID: 860825CAA96E5<br>CASE NUMBER: 2024CV30251 |
| **Plaintiffs:** ANDREA LOCKHART; AMITABH AGRAWAL; LEAH M. ROWAN; SCOTT R. ROBERTSON; THE THOMAS A LA COUR REVOCABLE LIVING TRUST; THE LANEZ C LA COUR REVOCABLE LIVING TRUST; ANGELA TALIAFERRO; MICHAEL TALIAFERRO; YUNAN ZHANG; LINGLING LIU; HEIDI JAROS; JEFFREY NG; JENNIFER JENKINS; LON LICATA; AMY LICATA; WESLEY VO; NHU LE; THOMAS JAMES DAY; JULIA DAY; CHRISTOPHER R. MOYER; FRANCES M. MOYER; and LAURA A. SKLADZINSKI<br><br>v.<br><br>**Defendant:** THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO, as successor in interest to the Jefferson County Airport Authority. | ▲COURT USE ONLY▲ |
| *Attorneys for Plaintiffs*<br>John R. Sperber, #22073<br>Sean J. Metherell, #47438<br>Rebecca A.R. Smith, #52501<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>1144 Fifteenth Street, Suite 3400<br>Denver, CO 80202<br>Telephone Number: (303) 607-3500<br>jack.sperber@faegredrinker.com<br>sean.metherell@faegredrinker.com<br>becca.smith@faegredrinker.com | Case Number: 2024 CV 30251<br>Division:  2 |
| **CERTIFICATE OF SERVICE OF AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT AND DISTRICT COURT CIVIL CASE COVER SHEET ON DEFENDANT THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO, AS SUCCESSOR IN INTEREST TO THE JEFFERSON COUNTY AIRPORT AUTHORITY** | |

US.361271318.01

The undersigned hereby certifies that the Affidavit of Service on Defendant the Board of County Commissioners of the County of Jefferson, Colorado, as successor in interest to the Jefferson County Airport Authority, has been electronically filed with the Court simultaneously with this Certificate on March 27, 2024 and served on all counsel of record.

DATED this 27th day of March 2024.

                                           FAEGRE DRINKER BIDDLE & REATH LLP

                                           */s/ John R. Sperber*
                                           John R. Sperber, No. 22073
                                           Sean J. Metherell, No. 47438
                                           Rebecca A.R. Smith No. 52501

                                           Attorneys for Plaintiffs

*In accordance with C.R.C.P. 121 § 1-26(7) a printed or printable copy of this document with original, electronic, or scanned signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the March 27, 2024, a true and correct copy of the foregoing **CERTIFICATE OF SERVICE OF AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT AND DISTRICT COURT CIVIL CASE COVER SHEET ON DEFENDANT THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO, AS SUCCESSOR IN INTEREST TO THE JEFFERSON COUNTY AIRPORT AUTHORITY** was served upon on all counsel of record via the Courts E-Filing System (CES).

*/s/ Pamela Hollen*
Pamela Hollen
Senior Paralegal

DMS_US.363116045.1