## DISTRICT COURT, BOULDER COUNTY, COLORADO
### 1777 6th Street, Boulder, CO 80302

**Plaintiff:**

ANDREA LOCKHART; AMITABH AGRAWAL; LEAH M. ROWAN; SCOTT R. ROBERTSON; THE THOMAS A LA COUR REVOCABLE LIVING TRUST; THE LANEZ C LA COUR REVOCABLE LIVING TRUST; ANGELA TALIAFERRO; MICHAEL TALIAFERRO; YUNAN ZHANG; LINGLING LIU; HEIDI JAROS; JEFFREY NG; JENNIFER JENKINS; LON LICATA; AMY LICATA; WESLEY VO; NHU LE; THOMAS JAMES DAY; JULIA DAY; CHRISTOPHER R. MOYER; FRANCES M. MOYER; and LAURA A. SKLADZINSKI.

v.

**Defendant:**

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO, as successor in interest to the Jefferson County Airport Authority

**Affidavit of Service**

DATE FILED: March 27, 2024 3:00 PM
FILING ID: 0280D5A96E5
CASE NUMBER: 2024CV30251

Received on **March 25, 2024 at 9:44 am**

I, **Fred Lowe,** being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **March 25, 2024 at 4:00 pm**, I executed service of a  on **THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO** at **100 Jefferson County Parkway, Suite 2530, Golden, Jefferson County, CO 80401.**

**By Government Agency Service: KATIE LALIBERTE - OPERATION COORDINATOR AND LICENSING SPECIALIST**

**Physical Description:**

**Race:** Caucasian   **Sex:** Female   **Age:** 30's   **Height:** 5' 8"   **Weight:** 145 lbs   **Hair:** Brunette   **Glasses:** No

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct. Executed on March 27, 2024 at Greenwood Village, CO

_____

**Fred Lowe**