| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>1777 Sixth Street<br>Boulder, Colorado 80306 | DATE FILED: April 2, 2024 2:45 PM<br>FILING ID: 69800F868D742<br>CASE NUMBER: 2024CV30251 |
| ANDREA LOCKHART; AMITABH AGRAWAL; LEAH M. ROWAN; SCOTT R. ROBERTSON; THE THOMAS A LA COUR REVOCABLE LIVING TRUST; THE LANEZ C LA COUR REVOCABLE LIVING TRUST; ANGELA TALIAFERRO; MICHAEL TALIAFERRO; YUNAN ZHANG; LINGLING LIU; HEIDI JAROS; JEFFREY NG; JENNIFER JENKINS; LON LICATA; AMY LICATA; WESLEY VO; NHU LE; THOMAS JAMES DAY; JULIA DAY; CHRISTOPHER R. MOYER; FRANCES M. MOYER; and LAURA S. SKLADZINSKI,<br><br>      Plaintiffs,<br><br>v.<br><br>THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO, as successor in interest to the Jefferson County Airport Authority,<br><br>      Defendant. | ▲ COURT USE ONLY ▲ |
| *Attorneys for Defendant Board of County Commissioners of the County of Jefferson, Colorado:*<br>Nathaniel T. Vasquez, Atty. Reg. No. 55172<br>**STINSON LLP**<br>1144 Fifteenth Street, Suite 2400<br>Denver, CO 80202<br>Phone: 303-376-8400<br>Fax: 303-376-8428<br>nathaniel.vasquez@stinson.com | Case No.: 2024CV30251<br><br>Division: 2 |
| **NOTICE OF ENTRY OF APPEARANCE** ||

Nathaniel T. Vasquez, of the law firm Stinson LLP, hereby enters his appearance on behalf of Defendant Board of County Commissioners of the County of Jefferson, Colorado ("Defendant"

1

or the "County") in the above captioned matter. Notwithstanding the entry of appearance, Defendant expressly reserves and does not waive any and all claims and defenses available to it.

Respectfully submitted this 2nd day of April, 2024.

                                  **STINSON LLP**

                                  *s/ Nathaniel T. Vasquez*
                                  Nathaniel T. Vasquez, Atty. Reg. No 55172

                                  *Attorneys for Defendant Board of County Commissioners of the County of Jefferson, Colorado*

CORE/3530173.0006/188350678.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, a true and correct copy was submitted electronically through the Colorado E-Filing/Service System, for filing and service on all counsel of record.

*s/ Geoffrey G. Muckerman*
Geoffrey G. Muckerman
