## Register of Actions

| | | | |
|---|---|---|---|
| **Filed by Plaintiff/Petitioner** | **Case Number:** 2024CV030251 | | **Division:** 2 |
| **Filed by Defendant/Respondent** | **Case Type:** Condemnation | | **Judicial Officer:** Robert Gunning |
| **Filed by Court** | **Case Caption:** Lockhart, Adrea et al v. The Board Of County Commissioners Of The | | **Court Location:** Boulder County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 69800F868D742 | 04/02/2024 2:45 PM | Nathaniel Tyler Vasquez | Stinson LLP | The Board of County Commissioners of the | Entry of Appearance | Notice of Entry of Appearance - Nathaniel T. Vasquez | Public |
| 860825CAA96E5 | 03/27/2024 3:00 PM | John Richard Sperber | Faegre Drinker Biddle and Reath LLP | Adrea Lockhart, Amitabh Agrawal (more) | Certificate | Certificate of Service of Affidavit of Service of Complaint and Summon on Defendant Board of County Commissioner of Jefferson County | Public |
| | | | | | Return of Service | Affidavit of Service on Defendant Board of County Commissioners of Jefferson County served on March 25 2024 | Public |
| 2D42092B7224A | 03/21/2024 2:59 PM | John Richard Sperber | Faegre Drinker Biddle and Reath LLP | Adrea Lockhart, Amitabh Agrawal (more) | Complaint w/Jury Demand | Complaint w/Jury Demand | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit A to Complaint | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit B to Complaint | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit C to Complaint | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit D to Complaint | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit E to Complaint | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit F to Complaint | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit G to Complaint | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit H to Complaint | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit I to Complaint | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit J to Complaint | Protected |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet - 16.1 does not apply | Public |
| | | | | | Summons | Summons | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Adrea Lockhart | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP)<br>REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP)<br>SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
| Amitabh Agrawal | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP)<br>REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP)<br>SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
| Amy Licata | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP)<br>REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP)<br>SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
| Angela Taliaferro | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP)<br>REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP)<br>SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |

CORE/3530173.0006/188576415.1

| Name | Role | Status | Attorneys |
|---|---|---|---|
| Christopher R Moyer | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP)<br>REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP)<br>SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
| Frances M Moyer | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP)<br>REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP)<br>SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
| Heidi Jaros | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP)<br>REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP)<br>SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
| Jeffrey Ng | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP)<br>REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP)<br>SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
| Jennifer Jenkins | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP)<br>REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP)<br>SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
| Julia Day | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP)<br>REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP)<br>SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |

| Name | Role | Status | Attorneys |
|---|---|---|---|
| Laura A Skladzinski | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP)<br>REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP)<br>SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
| Leah M Rowan | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP)<br>REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP)<br>SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
| Lingling Liu | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP)<br>REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP)<br>SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
| Lon Licata | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP)<br>REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP)<br>SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
| Michael Taliaferro | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP)<br>REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP)<br>SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
| Nhu Le | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP)<br>REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP)<br>SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |

| Scott Robert Robertson | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP) <br> REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP) <br> SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
|---|---|---|---|
| The Board of County Commissioners of the | Defendant | Active | NATHANIEL TYLER VASQUEZ (Stinson LLP) |
| The Lanez C La Cour Rev Living Trust | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP) <br> REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP) <br> SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
| The Thomas A La Cour Rev Living Trust | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP) <br> REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP) <br> SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
| Thomas James Day | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP) <br> REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP) <br> SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
| Wesley Vo | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP) <br> REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP) <br> SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |
| Yunan Zhang | Plaintiff | Active | JOHN RICHARD SPERBER (Faegre Drinker Biddle and Reath LLP) <br> REBECCA AR SMITH (Faegre Drinker Biddle and Reath LLP) <br> SEAN J METHERELL (Faegre Drinker Biddle and Reath LLP) |

CORE/3530173.0006/188576415.1