**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-00951

ANDREA LOCKHART; AMITABH AGRAWAL; LEAH M. ROWAN; SCOTT R. ROBERTSON; THE THOMAS A LA COUR REVOCABLE LIVING TRUST; THE LANEZ C LA COUR REVOCABLE LIVING TRUST; ANGELA TALIAFERRO; MICHAEL TALIAFERRO; YUNAN ZHANG; LINGLING LIU; HEIDI JAROS; JEFFREY NG; JENNIFER JENKINS; LON LICATA; AMY LICATA; WESLEY VO; NHU LE; THOMAS JAMES DAY; JULIA DAY; CHRISTOPHER R. MOYER; FRANCES M. MOYER; and LAURA S. SKLADZINSKI

       Plaintiffs,

  v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO, as successor in interest to the Jefferson County Airport Authority,

       Defendant.

**NOTICE OF RELATED CASES**

Pursuant to D.C.COLO.LCivR 3.2(a), Defendant The Board of County Commissioners of the County of Jefferson, Colorado ("Defendant" or the "County") notifies the Court of certain cases related to the above-captioned action.

The following are cases or other proceedings that have common facts and claims and (1) have at least one party in common or (2) are filed serially or collectively as a group by the same attorney or law firm. *See* D.C.COLO.LCivR 3.2(b).

1

| Court and Case Information | Plaintiffs/Appellants/Cross-Appellees | Defendants/Appellees/Cross-Appellants |
|---|---|---|
| Boulder County District Court; Case No. 2024CV30251 | Andrea Lockhart, et al.[1] | Board of County Commissioners of the County of Jefferson, Colorado |
| United States District Court for the District of Colorado; Case No. 1:24-cv-00711-DDD-STV | Town of Superior; Board of County Commissioners of the County of Boulder, Colorado | Board of County Commissioners of the County of Jefferson, Colorado; Dr. Stephanie Corbo |
| Boulder County District Court; Case No. 2024CV30221 | Town of Superior; Board of County Commissioners of the County of Boulder, Colorado | Board of County Commissioners of the County of Jefferson, Colorado; Dr. Stephanie Corbo |
| United States District Court for the District of Colorado; Case No. 1:24-cv-00157-DDD-STV | Drew Phillip Fuller, et al.[2] | Jefferson County, Colorado, as successor in interest to the Jefferson County Airport Authority |
| Boulder County District Court; Case No. 2023CV31075 | Drew Phillip Fuller, et al. | Jefferson County, Colorado, as successor in interest to the Jefferson County Airport Authority |
| Colorado Court of Appeals; Case No. 2022CA0602 | Rock Creek Master Homeowners Association, Inc. | Jefferson County, Colorado, as successor in interest to the Jefferson County Airport Authority |

---

[1] Case No. 2024CV30251 has 22 named plaintiffs.  For the Court's convenience, the County will only list the first named plaintiff.

[2] Case No. 1:24-cv-00157-DDD-STV and its corresponding state court action, Case No. 2023CV31075, have more than 400 named plaintiffs.  For the Court's convenience, the County will only list the first named plaintiff for both actions.

2

| Boulder County District Court; Case No. 2020CV30837 | Rock Creek Master Homeowners Association, Inc. | Jefferson County, Colorado, as successor in interest to the Jefferson County Airport Authority |

All cases identified above relate to the operations at the Rocky Mountain Metropolitan Airport (the "Airport") that is owned, operated, and sponsored by the County.

The County not currently aware of any other cases that should be disclosed. The County will promptly file a supplemental notice of any change in the information required by D.C.COLO.LCivR 3.2 if and when such information becomes known. *See* D.C.COLO.LCivR 3.2(c)(2).

Respectfully submitted this 9th day of April, 2024.

*/s/ Nathaniel T. Vasquez*
M. Roy Goldberg
**STINSON LLP**
1775 Pennsylvania Avenue N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 728-3005
Email: roy.goldberg@stinson.com

Nathaniel T. Vasquez
**STINSON LLP**
1144 Fifteenth Street, Suite 2400
Denver, CO 80202
Telephone: (303) 376-8424
Email: nathaniel.vasquez@stinson.com

*Attorneys for Defendants Board of County Commissioners of the County of Jefferson, Colorado and Dr. Stephanie Corbo*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 9, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

                                                */s/ Nathaniel T. Vasquez*
                                                Nathaniel T. Vasquez