IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00951

ANDREA LOCKHART; AMITABH AGRAWAL; LEAH M. ROWAN; SCOTT R. ROBERTSON; THE THOMAS A LA COUR REVOCABLE LIVING TRUST; THE LANEZ C LA COUR REVOCABLE LIVING TRUST; ANGELA TALIAFERRO; MICHAEL TALIAFERRO; YUNAN ZHANG; LINGLING LIU; HEIDI JAROS; JEFFREY NG; JENNIFER JENKINS; LON LICATA; AMY LICATA; WESLEY VO; NHU LE; THOMAS JAMES DAY; JULIA DAY; CHRISTOPHER R. MOYER; FRANCES M. MOYER; and LAURA S. SKLADZINSKI,

   Plaintiffs,

 v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO, as successor in interest to the Jefferson County Airport Authority

   Defendant.

## NOTICE OF FILING OF MOTION TO CONSOLIDATE

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 42(a) and D.C.COLO.LCivR 42.1, Defendant The Board of County Commissioners of the County of Jefferson, Colorado ("Defendant" or the "County") filed a Motion to Consolidate in *Drew Phillip Fuller, et al. v. Jefferson County, Colorado*, Case No. 1:24-cv-00157-DDD-STV, seeking to consolidate that action with the above-captioned action on the grounds that both actions contain identical questions of law and fact.

1

Respectfully submitted this 9th day of April, 2024.

/s/ Nathaniel T. Vasquez
M. Roy Goldberg
STINSON LLP
1775 Pennsylvania Avenue N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 728-3005
Email: roy.goldberg@stinson.com

Nathaniel T. Vasquez
**STINSON LLP**
1144 Fifteenth Street, Suite 2400
Denver, CO 80202
Telephone: (303) 376-8424
Email: nathaniel.vasquez@stinson.com

*Attorneys for Defendant Board of County Commissioners of the County of Jefferson, Colorado*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 9, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

*/s/ Nathaniel T. Vasquez*
Nathaniel T. Vasquez

CORE/3530173.0006/188540860.2