**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-00951

ANDREA LOCKHART; AMITABH AGRAWAL; LEAH M. ROWAN; SCOTT R. ROBERTSON; THE THOMAS A LA COUR REVOCABLE LIVING TRUST; THE LANEZ C LA COUR REVOCABLE LIVING TRUST; ANGELA TALIAFERRO; MICHAEL TALIAFERRO; YUNAN ZHANG; LINGLING LIU; HEIDI JAROS; JEFFREY NG; JENNIFER JENKINS; LON LICATA; AMY LICATA; WESLEY VO; NHU LE; THOMAS JAMES DAY; JULIA DAY; CHRISTOPHER R. MOYER; FRANCES M. MOYER; and LAURA A. SKLADZINSKI.

   Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO, as successor in interest to the Jefferson County Airport Authority,

   Defendant.

---

**ENTRY OF APPEARANCE BY SEAN J. METHERELL**

---

   PLEASE TAKE NOTICE that Sean J. Metherell, of the law firm of Faegre Drinker Biddle & Reath LLP, hereby enters his appearance as counsel in this matter for each of the Plaintiffs. All pleadings, notices, correspondence, and other matters in this action should be directed to him at the address indicated below.

Respectfully submitted this 9th day of April 2024.

*s/ Sean J. Metherell*
Sean J. Metherell
Faegre Drinker Biddle & Reath LLP
1144 Fifteenth Street, Suite 3400
Denver, CO 80202
Telephone Number: (303) 607-3500
Fax Number: (303) 607-3600
Email: sean.metherell@faegredrinker.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of April 2024, a true and correct copy of the foregoing **ENTRY OF APPEARANCE BY SEAN J. METHERELL** was e-filed with the Court through the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

      *s/ Lynne McWhirt*
      Lynne McWhirt, Legal Administrative Assistant