**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-00951

ANDREA LOCKHART, et al.,

      Plaintiffs,

  v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO, as successor in interest to the Jefferson County Airport Authority,

      Defendant.

---

### [PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS

This matter is before the Court upon Defendant the Board of County Commissioners of the County of Jefferson, Colorado's ("Defendant" or the "County") Motion to Dismiss Plaintiffs' Complaint (the "Motion").

The Court, having reviewed the Motion and being sufficiently advised on the premises, hereby **GRANTS** the Motion.  Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

DATED at Denver, Colorado this ___ day of _____, 2024.

                BY THE COURT:

                _____

                The Honorable Scott T. Varholak
                United States Magistrate Judge