EXHIBIT 3 – Court of Appeals Mandate

Case No. 1:24-cv-00951-CNS-STV   Document 23-3   filed 04/29/24   USDC Colorado   pg 2 of 2

| | |
|---|---|
| Colorado Court of Appeals<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED: August 21, 2023<br>CASE NUMBER: 2022CA602 |
| Boulder County<br>2020CV30837 | |
| **Plaintiff-Appellant/Cross-Appellee:**<br><br>Rock Creek Master Homeowners Association Inc,<br><br>**v.**<br><br>**Defendant-Appellee/Cross-Appellant:**<br><br>Jefferson County Colorado, as successor in interest to the Jefferson County Airport Authority. | Court of Appeals Case Number:<br>2022CA602 |
| **MANDATE** | |

This proceeding was presented to this Court on the record on appeal. In accordance with its announced opinion, the Court of Appeals hereby ORDERS:

JUDGMENT AFFIRMED


POLLY BROCK
CLERK OF THE COURT OF APPEALS



DATE: AUGUST 21, 2023