# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00951-CNS-STV

ANDREA LOCKHART, et al.,

    Plaintiffs,

  v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO, as successor in interest to the Jefferson County Airport Authority,

Defendant.

_____

## DECLARATION OF M. ROY GOLDBERG, ESQ. TO AUTHENTICATE EXHIBITS 1, 2 AND 3 HERETO

_____

I, M. ROY GOLDBERG, ESQ., hereby declare and state as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2. I am a partner in the law firm of STINSON LLP, and lead counsel for the Defendant BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO in this matter.

3. Attached as Exhibit 1 hereto is a true and accurate copy of a document issued by the Federal Aviation Administration ("FAA") titled "Leaded Aviation Fuel and the Environment" which is available online at https://www.faa.gov/newsroom/leaded-aviation-fuel-and-environment.  The FAA document includes the following:

1

"**Why keep using leaded fuel?**

**First and foremost, the use of leaded fuels is an operational safety issue, because without the additive TEL, the octane levels would be too low for some engines, and use of a lower octane fuel than required could lead to engine failure. As a result, the additive TEL has not been banned from avgas.** Aircraft manufacturers, the petroleum industry, and the FAA have worked for over a decade to find alternative fuels that meet the octane requirements of the piston engine aircraft fleet without the additive TEL. **However, no operationally safe, suitable replacement for leaded fuel has yet been found to meet the needs of all of the piston engine aircraft fleet.**

**What authorities does the FAA have to ensure airports continue serving/offering leaded avgas? Under what circumstances can airports decide to unilaterally stop selling leaded avgas? The FAA ensures that airports continue offering avgas through Grant Assurance 22, Economic Nondiscrimination. A ban or restriction on the sale or use of 100LL avgas at a federally obligated airport is inconsistent with Grant Assurance 22, Economic Nondiscrimination (49 USC 47107(a)(1)) and conflicts with the self-service provision. Any restriction on the sale or dispensing of any type of fuel, when there is demand/need or a fuel provider willing to provide the fuel, must be approved in advance by the FAA. Any such proposed restriction must be supported by a valid, FAA approved justification. Such justification cannot be unreasonable or unjustly discriminatory.**"

(Emphasis added)

4. The document (Exhibit 1) also states:

"There are approximately 167,000 aircraft in the United States and a total of 230,000 worldwide that rely on 100 low lead avgas for safe operation. It is the only remaining transportation fuel in the United States that contains the addition of TEL."

5. Attached as Exhibit 2 hereto is a true and accurate copy of a document titled "EAGLE White Paper on the Environmental Protection Agency's (EPA) Endangerment Finding on Lead Emissions Decision October 18, 2023," which is available online at

2

https://flyeagle.org/wp-content/uploads/2023/11/White-Paper-EAGLE-Endangerment-Finding-Comms-FINAL-23-10-23.pdf  The document states, among other things:

- "The general aviation community and fuel suppliers remain committed to reducing and eliminating lead emissions from aviation gasoline no later than the end of 2030 or sooner, without compromising the safe and efficient operation of the U.S. fleet of aircraft and the economic contribution of general aviation. The FAA and the aviation community established the Eliminate Aviation Gasoline Lead Emissions (EAGLE) initiative in February 2022 to facilitate an orderly and safe transition to a lead-free aviation gasoline (avgas) future."

- "**The EPA's finding itself does not limit or ban the sale or use of leaded aviation fuel, 100 low-lead (100LL).**"

- "The FAA encourages the early adoption of unleaded fuels to gain operational experience and reduce the risks of the national transition."

- "**It is important that 100LL continue to be available throughout the transition to unleaded fuels to avoid compromising safety until a viable replacement unleaded fuel is available, and for certain aircraft engines that require more preparation time to use unleaded fuels.**"

(Emphasis added)

5. Exhibit 3 hereto is a true and accurate copy of a Frequently Asked Questions document relating to the availability of leaded fuel at general aviation airports. The document, titled "EAGLE Stakeholder Q&A on the Environmental Protection Agency's (EPA) Endangerment Finding on Lead Emissions Decision," is available online at:

https://flyeagle.org/wp-content/uploads/2023/10/EAGLE-EPA-Endangerment-Finding-QA_101723-FINAL.p  It states in part:

> "Will the EPA Endangerment Finding prevent 100LL from being used? No, the EPA's endangerment finding does not ban 100 low lead (100LL) fuel from use at the nation's airports. **As part of the safe and smart transition to unleaded fuel, airports and local communities should maintain a**

3

**supply of 100LL at our nation's airports for those aircraft that need it to fly safely**." (Emphasis added)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Washington, D.C. on May 7, 2024

*/s/ M. Roy Goldberg*
M. ROY GOLDBERG

4